UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK VERTAL
    Petitioner
                  CIVIL ACTION
  V.
                    NO. 10-40147-RWZ
J. GRONDOLSKY
    Respondent

## JUDGMENT

ZOBEL, D. J.

  In accordance with the Court's Order dated 4/28/11 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2241, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                        By the Court,

4/28/11                S/ Lisa A. Urso
Date                  Deputy Clerk